Clyde HAM, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 78388

Missouri Court of Appeals, Western District.

ORDER FILED: July 28, 2015

Application for Transfer to Supreme Court Denied September 1, 2015

Application for Transfer Denied October 27, 2015

Clyde Ham, Independence, MO, Appellant Acting Pro Se.

Sara Harrison, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Clyde Ham appeals the decision of the Labor and Industrial Relations Commission denying a request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).